

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2015

No. 04-15-00551-CV

Richard Matthew **VILLARREAL**,
Appellant

v.

Rebecca L. **VILLARREAL**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18202
Honorable Gloria Saldana, Judge Presiding

# O R D E R

The reporter's record was due September 29, 2015, but was not filed. On October 13, 2015, the court reporter filed a notification of late record stating the record was not filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and appellant is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b).

We **order** appellant to provide written proof to this court on or before **October 26, 2015** that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee, or (2) appellant is entitled to the record without prepayment of the reporter's fee. *See id.* R. 35.3(b). If appellant fails to respond within the time provided, appellant's brief will be due **November 16, 2015**, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See id.* R. 37.3(c).

We **order** the clerk of this court to serve a copy of this order on appellee (at both addresses on file) and all counsel, including Laura Winget-Hernandez, who is still attorney of record for appellee after this court denied her motion to withdraw.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2015.

Keith E. Hottle
Clerk of Court